No. 10–927. SWEE FOON CHONG v. HOLDER, ATTORNEY GEN-
ERAL. C. A. 2d Cir. Certiorari denied.

No. 10–936. BETTS ET AL. v. NEW CASTLE YOUTH DEVELOP-
MENT CENTER ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–943. FOREST v. CALIFORNIA. Ct. App. Cal., 1st App.
Dist. Certiorari denied.

No. 10–951. REEL HOOKER SPORTFISHING, INC., ET AL. v.
HAWAII DEPARTMENT OF TAXATION. Int. Ct. App. Haw. Certio-
rari denied.

No. 10–952. BLUE MOVIES, INC., DBA LOVE BOUTIQUE, ET AL.
v. METROPOLITAN GOVERNMENT OF LOUISVILLE AND JEFFER-
SON COUNTY, KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 10–957. DOE v. SHURTLEFF, ATTORNEY GENERAL OF
UTAH. C. A. 10th Cir. Certiorari denied.

No. 10–968. BRAQUET v. UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT ET AL. C. A. 5th Cir. Certiorari
denied.

No. 10–978. SALVADOR ET AL. v. LAKE GEORGE PARK COMMIS-
SION. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–993. SHARP v. UNITED STATES. C. A. 4th Cir. Cer-
tiorari denied.

No. 10–1003. MONEA FAMILY TRUST I ET AL. v. UNITED
STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5746. FRANKLIN v. TENNESSEE. Sup. Ct. Tenn. Cer-
tiorari denied.

No. 10–5967. HAMMANN v. FALLS/PINNACLE, LLC, ET AL.; and
HAMMANN v. DEYO ET AL. Ct. App. Minn. Certiorari denied.

No. 10–6218. SHACKELFORD v. IDAHO. Sup. Ct. Idaho. Cer-
tiorari denied.